STATE OF MAINE
KENNEBEC, ss.

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO: CR-10-578
REM - KEN -7/18/2011

STATE OF MAINE

v.

**ORDER DENYING MOTION TO
DISCLOSE GRAND JURY TRANSCRIPTS**

KEVIN MESERVE,
           Defendant

Defendant filed his motion to disclose grand jury transcripts on or about May 17, 2011. The court heard further argument from the parties on June 8, 2011.

Defendant contends that the grand jury testimony which may have included testimony from an officer Andrew McMullen should be disclosed to the defendant pursuant to a request made in accordance with M.R.Crim.P. 6(g). Defendant contends a particularized need is established in these circumstances because defendant believes Officer McMullen may have testified as to what he viewed on a video created by the owners of an establishment, Chez Lounge, where the alleged incident which is the subject of the underlying complaint occurred. Defendant further contends that the eventual destruction of the same videotape creates a particularized need for the testimony which may have been presented to the grand jury.

The court is not persuaded that this fact alone creates a particularized need sufficient to justify the production and disclosure of the grand jury transcripts. The mere fact that the officer's testimony, even relating to his observations of the videotape, may conflict or be inconsistent with other witness testimony regarding what occurred, does not create the particularized need which must be demonstrated to approve the defendant's request. *State v. Cugliata*, 372 A.2d. 1019 (ME 1977).

Accordingly, defendant's motion is hereby denied.

Dated: July 18, 2011

_____
Robert E. Murray, Jr.
Justice, Superior Court

STATE OF MAINE                                      SUPERIOR COURT
   vs                                               KENNEBEC, ss.
KEVIN  MESERVE                                      Docket No  AUGSC-CR-2010-00578
702 CHINA ROAD
WINSLOW ME 04901                                    **DOCKET RECORD**

DOB: 10/05/1960
Attorney: THOMAS HALLETT                    State's Attorney: EVERT FOWLE
          THE HALLETT LAW FIRM
          75 MARKET STREET SUITE 502
          PO BOX 7508
          PORTLAND ME 04112
          RETAINED 08/18/2010

**Charge(s)**

1   AGGRAVATED ASSAULT                         08/04/2010 WATERVILLE
Seq 629   17-A  208(1)(A)              Class B
   MCMULLEN               / WAT


**Docket Events:**

08/09/2010 FILING DOCUMENT -  CASH BAIL BOND FILED ON 08/04/2010

08/09/2010 BAIL BOND - $700.00 CASH BAIL BOND FILED ON 08/09/2010

          Bail Receipt Type: CR
          Bail Amt:  $700
                              Receipt Type: CK
          Date Bailed: 08/04/2010    Prvdr Name: KEVIN  MESERVE
                              Rtrn Name: KEVIN  MESERVE

08/18/2010 Party(s):  KEVIN MESERVE
          ATTORNEY -  RETAINED ENTERED ON 08/18/2010

          Attorney:  THOMAS HALLETT
08/18/2010 MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 08/18/2010

          Attorney:  THOMAS HALLETT
08/18/2010 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 08/18/2010

          Attorney:  THOMAS HALLETT
08/18/2010 MOTION -  MOTION TO DISMISS FILED BY DEFENDANT ON 08/18/2010

          Attorney:  THOMAS HALLETT
09/10/2010 Charge(s): 1
          SUPPLEMENTAL FILING -  COMPLAINT FILED ON 09/10/2010

10/12/2010 Charge(s): 1
          HEARING -  STATUS CONFERENCE SCHEDULED FOR 12/14/2010 at 10:00 a.m.

10/12/2010 Charge(s): 1
          HEARING -  STATUS CONFERENCE NOTICE SENT ON 10/12/2010

10/25/2010 MOTION -  MOTION FOR GRAND JURY REPORTER FILED BY DEFENDANT ON 10/25/2010

10/25/2010 Charge(s): 1
          HEARING -  INITIAL APPEARANCE HELD ON 10/12/2010 at 08:30 a.m.
          DONALD H MARDEN , JUSTICE
          Defendant Present in Court
10/25/2010 Charge(s): 1
          PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 10/12/2010


10/25/2010 HEARING -  MOTION FOR GRAND JURY REPORTER SCHEDULED FOR 12/14/2010 at 10:00 a.m.

          NOTICE  TO PARTIES/COUNSEL
10/25/2010 HEARING -  MOTION FOR GRAND JURY REPORTER NOTICE SENT ON 10/25/2010

12/15/2010 HEARING -  MOTION FOR GRAND JURY REPORTER HELD ON 12/14/2010
          ROLAND A COLE , JUSTICE
          Attorney:  THOMAS HALLETT
          DA:  BRAD GRANT
          Defendant Present in Court
12/15/2010 MOTION -  MOTION FOR GRAND JURY REPORTER GRANTED ON 12/14/2010
          ROLAND A COLE , JUSTICE
          COPY TO PARTIES/COUNSEL AND COURT REPORTER
12/15/2010 Charge(s): 1
          HEARING -  STATUS CONFERENCE HELD ON 12/14/2010
          ROLAND A COLE , JUSTICE
          Attorney:  THOMAS HALLETT
          DA:  BRAD GRANT
          Defendant Present in Court
12/15/2010 Charge(s): 1
          HEARING -  STATUS CONFERENCE SCHEDULED FOR 02/23/2011 at 10:00 a.m.

12/15/2010 Charge(s): 1
          HEARING -  STATUS CONFERENCE NOTICE SENT ON 12/14/2010

02/23/2011 Charge(s): 1
          HEARING -  STATUS CONFERENCE HELD ON 02/23/2011
          ROBERT E MURRAY JR, JUSTICE
          Attorney:  THOMAS HALLETT
          DA:  BRAD GRANT
          Defendant Present in Court
02/23/2011 Charge(s): 1
          HEARING -  STATUS CONFERENCE SCHEDULED FOR 04/26/2011 at 10:00 a.m.

02/23/2011 Charge(s): 1
          HEARING -  STATUS CONFERENCE NOTICE SENT ON 02/23/2011

04/06/2011 Charge(s): 1
          HEARING -  STATUS CONFERENCE NOT HELD ON 04/06/2011

04/06/2011 Charge(s): 1
          SUPPLEMENTAL FILING -  INDICTMENT FILED ON 04/04/2011

04/06/2011 Charge(s): 1
          HEARING -  ARRAIGNMENT SCHEDULED FOR 04/26/2011 at 10:00 a.m.

04/06/2011 Charge(s): 1
          HEARING - ARRAIGNMENT NOTICE SENT ON 04/06/2011

04/26/2011 Charge(s): 1
          HEARING - ARRAIGNMENT HELD ON 04/26/2011
          M MICHAELA MURPHY , JUSTICE
          DA:  BRAD GRANT          Reporter: JANETTE COOK
          Defendant Present in Court

          READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
          DEFENDANT.  21 DAYS TO FILE MOTIONS
04/26/2011 Charge(s): 1
          PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 04/26/2011

04/28/2011 MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 04/28/2011

          Attorney:  THOMAS HALLETT
04/28/2011 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 04/28/2011

          Attorney:  THOMAS HALLETT
04/29/2011 HEARING -  MOTION TO SUPPRESS SCHEDULED FOR 06/07/2011 at 11:00 a.m.

          NOTICE  TO PARTIES/COUNSEL
04/29/2011 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 06/07/2011 at 11:00 a.m.

          NOTICE  TO PARTIES/COUNSEL
05/17/2011 MOTION -  MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 05/17/2011

05/17/2011 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 05/17/2011

          MOTION TO DISCLOSE GRAND JURY TRANSCRIPTS
06/07/2011 HEARING -  MOTION FOR DISCOVERY CONTINUED ON 06/07/2011

06/07/2011 HEARING -  MOTION FOR DISCOVERY SCHEDULED FOR 06/08/2011 at 10:00 a.m.

          NOTICE  TO PARTIES/COUNSEL
06/07/2011 HEARING -  MOTION TO SUPPRESS NOT HELD ON 06/07/2011

06/07/2011 MOTION -  MOTION TO SUPPRESS WITHDRAWN ON 06/07/2011

06/07/2011 HEARING -  OTHER MOTION SCHEDULED FOR 06/08/2011 at 10:00 a.m.

          MOTION TO DISCLOSE GRAND JURY TRANSCRIPTS
06/07/2011 HEARING -  MOTION FOR ENLARGEMENT OF TIME SCHEDULED FOR 06/08/2011 at 08:30 a.m.

          NOTICE  TO PARTIES/COUNSEL
06/07/2011 HEARING -  MOTION TO DISMISS SCHEDULED FOR 06/08/2011 at 10:00 a.m.

          NOTICE  TO PARTIES/COUNSEL
06/07/2011 MOTION -  MOTION TO SUPPRESS WITHDRAWN ON 06/07/2011

06/16/2011 MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 06/15/2011

AGREED UPON DISCOVERY ORDER
06/20/2011 MOTION - MOTION FOR DISCOVERY GRANTED ON 06/20/2011
         ROBERT E MURRAY JR, JUSTICE
         COPY TO PARTIES/COUNSEL
06/20/2011 MOTION - MOTION TO DISMISS WITHDRAWN ON 06/08/2011


06/20/2011 HEARING - MOTION TO DISMISS NOT HELD ON 06/08/2011


06/20/2011 HEARING - MOTION FOR DISCOVERY HELD ON 06/08/2011
         ROBERT E MURRAY JR, JUSTICE
         Defendant Present in Court
06/20/2011 MOTION - MOTION FOR DISCOVERY GRANTED ON 06/08/2011
         ROBERT E MURRAY JR, JUSTICE
         COPY TO PARTIES/COUNSEL                                    PARTIES TO
         SUBMIT PROPOSED ORDER
06/20/2011 HEARING - MOTION FOR ENLARGEMENT OF TIME HELD ON 06/08/2011
         ROBERT E MURRAY JR, JUSTICE
         Defendant Present in Court
06/20/2011 MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 06/08/2011
         ROBERT E MURRAY JR, JUSTICE
         COPY TO PARTIES/COUNSEL
07/20/2011 HEARING - OTHER MOTION HELD ON 06/08/2011
         ROBERT E MURRAY JR, JUSTICE
         MOTION TO DISCLOSE GRAND JURY TRANSCRIPTS
07/20/2011 MOTION - OTHER MOTION DENIED ON 07/18/2011
         JANET TIBBETTS , ASSISTANT CLERK-E
         MOTION TO DISCLOSE GRAND JURY TRANSCRIPTS
07/22/2011 Charge(s): 1
         TRIAL - DOCKET CALL SCHEDULED FOR 09/07/2011


07/22/2011 ORDER - COURT ORDER FILED ON 07/18/2011
         ROBERT E MURRAY JR, JUSTICE
         ORDER DENYING MOTION TO DISCLOSE GRAND JURY TRANSCRIPTS
07/22/2011 ORDER - COURT ORDER ENTERED ON 07/18/2011


A TRUE COPY
ATTEST: _____
                      Clerk